UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tony Dejuan Jackson,

        Plaintiff,

v.

Mark Dayton, Governor, State of Minnesota, et al.,

        Defendants.

Case No. 17-cv-0880 (WMW/TNL)

**ORDER**

---

This matter is before the Court on the July 14, 2017 Report and Recommendation and December 11, 2017 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Dkts. 9, 88.) Because no objections have been filed, this Court reviews each Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed each Report and Recommendation, the Court finds no clear error.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The July 14, 2017 Report and Recommendation, (Dkt. 9), is **ADOPTED**;

    2.    Plaintiff Tony Dejuan Jackson's "Motion to Certify Class and Appoint Class Counsel," (Dkt. 3), is **DENIED WITHOUT PREJUDICE**;

    3.    The December 11, 2017 Report and Recommendation, (Dkt. 88), is **ADOPTED**; and

4. Plaintiff Tony Dejuan Jackson's "Motion Requesting a Temporary Preliminary Prohibitory Injunction Order," (Dkt. 4), is **DENIED.**

Dated: January 8, 2018                     s/Wilhelmina M. Wright
                                           Wilhelmina M. Wright
                                           United States District Judge