UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 17-cv-0880 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mark Dayton et al., | |
| Defendants. | |

This matter is before the Court on two motions. The first is Plaintiff Tony Dejuan Jackson's January 29, 2019 motion seeking this Court's reconsideration of its August 3, 2018 Order adopting the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung. (Dkt. 137). The second is Jackson's February 20, 2019 motion also seeking reconsideration of the August 3, 2018 Order. (Dkt. 142.)

Once a party files a notice of appeal, the district court no longer has jurisdiction over the case because jurisdiction rests with the court of appeals. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Because Jackson filed a notice of appeal to the United States Court of Appeals for the Eighth Circuit in this case on August 17, 2018, this Court lacks jurisdiction over Jackson's motions.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    Plaintiff Tony Dejuan Jackson's January 29, 2019 motion, (Dkt. 137), is **DENIED** for lack of jurisdiction.

2. Plaintiff Tony Dejaun Jackson's February 20, 2019 motion, (Dkt. 142), is **DENIED** for lack of jurisdiction.

Dated: February 25, 2019                  s/Wilhelmina M. Wright  
                                                                           Wilhelmina M. Wright  
                                                                           United States District Judge