UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| Tony Dejuan Jackson, | Case Nos. 15-cv-4429 (WMW/TNL) |
| | 17-cv-0880 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mark Dayton et al., | |
| Defendants. | |

---

Before the Court are two identical motions for relief pursuant to Rule 60 of the Federal Rules of Civil Procedure, each filed in separate civil rights lawsuits commenced by Plaintiff Tony Dejuan Jackson. The Court previously dismissed both actions. A district court may correct a mistake or oversight in a judgment, order, or other part of the record, Fed. R. Civ. P. 60(a), or otherwise grant relief from a final judgment, order, or proceeding on specified grounds, Fed. R. Civ. P. 60(b). However, Jackson does not identify any mistake or oversight made by the Court in either case, nor does he establish a basis under Rule 60(b) that would justify granting him relief from the Court's judgments. Jackson merely repeats requests for relief that the Court previously denied, namely, that he be given leave to amend his complaint in Case Number 17-cv-0880. For these reasons, Jackson's Rule 60 motions are denied.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Tony Dejuan Jackson's Rule 60 motion in Case

Number 15-cv-4429, (Dkt. 72), is **DENIED** and Jackson's Rule 60 motion in Case Number 17-cv-0880, (Dkt. 147), is **DENIED**.

Dated: August 5, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge