UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 17-cv-0880 (WMW/TNL) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Mark Dayton et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Tony Dejuan Jackson's *pro se* "Motion Requesting [a] Court Order That Adopts the Relation Back Amendments Regarding Previously Filed Civil Cases Regarding Conditions of Confinement." (Dkt. 153.) For the reasons addressed below, the Court denies Jackson's motion.

The Court received Jackson's motion on August 3, 2021. The motion begins by reciting part of Rule 15 of the Federal Rules of Civil Procedure—specifically, the part of Rule 15 explaining when "[a]n amendment to a pleading relates back to the date of the original pleading." Fed. R. Civ. P. 15(c)(1). Jackson then asserts that (1) he has filed various exhibits in this action as well as two other matters; (2) he has filed a new civil action and (3) certain exhibits "are already filed with the Court and should be readily accessible for the Courts Use [sic] regarding the Present Civil Matter before the Court." Jackson's newest civil action appears to be *Jackson v. Find Jodi. Com, Inc*, No. 21-cv-1777 (SRN/LIB).

The relief sought by Jackson's motion is unclear.  Part of the motion references amendments to pleadings, but Jackson fails to identify what pleading he seeks to amend or what "amendments" should relate back to it.  Moreover, even if the motion were clearer, the Court dismissed this action in August 2018 and the motion provides no legal basis for the Court to reopen this case based on any purported amendment.

The remainder of the motion suggests that Jackson wants this Court to order the judges in his new action, Case No. 21-cv-1777 (SRN/LIB), to review materials that Jackson previously filed in this action (and others), rather than requiring Jackson to re-file those materials in the new action.  But Jackson cites no authority permitting this Court issue such an order, and the Court is aware of none.  As a result, to the extent that this is the relief that Jackson seeks, he must present this request to the judges in Case No. 21-cv-1777 (SRN/LIB).

## ORDER

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Tony Dejuan Jackson's motion, (Dkt. 153), is **DENIED**.

Dated:  September 14, 2021               s/Wilhelmina M. Wright
                                         Wilhelmina M. Wright
                                         United States District Judge